ORIGINAL 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

PROFILE PRODUCTS LLC,

      *Plaintiff*,

vs.

**07 C 0499**

HONORABLE _____

CIVIL ACTION NO. _____

MAT, INC.,

      *Defendant*.

**JURY TRIAL DEMANDED**

---

THOMAS A. LEWRY    (P36399)
**BROOKS KUSHMAN P.C.**
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075-1238
Tel:    (248) 358-4400
Fax:   (248) 358-3351

    *Attorney for Plaintiff*

---

# COMPLAINT FOR PATENT INFRINGEMENT

## I.  The Parties

1.      Plaintiff, Profile Products LLC ("Profile Products") is a Delaware corporation having its principal place of business at 750 Lake Cook Road, Suite 440, Buffalo Grove, Illinois 60089.

2.      Defendant, Mat, Inc. is a Minnesota corporation having its principal place of business at 12402 Highway 2, Floodwood, Minnesota 55736.

## II.  Jurisdiction

3.      This action arises under Title 35 of the United States Code.

**BK**

**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel  (248) 358-4400
Fax (248) 358-3351

www.brookskushman.com

4.      The Court has subject matter jurisdiction under '28 U.S.C. §§ 1331 and 1338(a). Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b) because Mat, Inc. conducts business and solicits customers in this district and has committed and continues to commit acts of patent infringement in this district.

### III.  Count I (Patent Infringement)

5.      On August 24, 1999 U.S. Patent No. 5,942,029 ("the '029 patent") was duly and lawfully issued for a "Mechanically Bonded Fiber Mulch." A copy of the '029 patent is attached as Exhibit A. The '029 patent was assigned to Profile Products on November 2, 2000. Since that date, Profile Products has been, and continues to be, the owner of the '029 patent.

6.      Profile Products sells a mechanically bonded fiber mulch in the United States under the brand name Flexterra.

7.      Mat, Inc. makes, uses, sells, and offers for sale in the United States a mechanically bonded fiber mulch that it calls FlexGuard.

8.      Mat, Inc.'s FlexGuard product infringes the '029 patent.

9.      Profile Products has been, and will continue to be, irreparably harmed by Mat, Inc.'s conduct unless Mat, Inc. is enjoined by this Court.



**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel  (248) 358-4400
Fax (248) 358-3351

www.brookskushman.com

-2-

## IV. Demand For Relief

**WHEREFORE**, Profile Products asks the Court to:

A.    enter a preliminary and permanent injunction to enjoin Mat, Inc. from infringing the '029 patent.

B.    award Profile Products damages against Mat, Inc., with prejudgment interest and costs, and to increase the damages three times pursuant to 35 U.S.C. § 284.

C.    aware Profile Products its reasonable attorney fees in accordance with 35 U.S.C. § 285.

D.    award Profile Products all other relief to which it is entitled.

## V. Jury Demand

Profile Products requests a trial by jury.

Respectfully submitted,

**BROOKS KUSHMAN P.C.**

By:_____
THOMAS A. LEWRY    (P36399)
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075-1238
Tel:       (248) 358-4400
Fax:       (248) 358-3351
E-mail:    tlewry@brookskushman.com
*Attorney for Plaintiff*

Dated: **September 6, 2007**



Brooks Kushman P.C.
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel (248) 358-4400
Fax (248) 358-3351

www.brookskushman.com